IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

STEPHEN P. KELLY,

    Plaintiff,

vs.

DIRECT EXPRESS INC., a Texas Corporation,

    Defendant.

No. 21-CV-34-H-SEH

**ORDER**

Plaintiff has requested that he be provided with a copy of the complaint on file in this case.[1]

ORDERED:

The clerk is directed mail to Plaintiff, at Plaintiff's mailing address provided to the Court by Plaintiff, a copy of the complaint filed by Plaintiff on May 7, 2021.[2]

DATED this 9th day of July, 2021.

SAM E. HADDON
United States District Judge

---

[1] *See* Doc. 7 at 2.

[2] Doc. 2.