IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| STEPHEN P. KELLY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DIRECT EXPRESS INC., a Texas Corporation,<br><br>　　　　　　Defendant. | No. 21-CV-34-H-SEH<br><br>**ORDER** |

On July 9, 2021, the Court ordered Plaintiff to file an amended complaint on or before July 16, 2021.[1] None was filed as ordered or at all.

ORDERED:

This case is DISMISSED for failure to comply with the Court's Order[2] of July 9, 2021.

DATED this 20th day of July, 2021.

　　　　　　　　　　　　　　　　*Sam E Haddon*
　　　　　　　　　　　　　　　　SAM E. HADDON
　　　　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 9 at 2.

[2] Doc. 9.